UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ELIZABETH PASSANTINO-MILLER, individually and as trustee of the Miller Family Trust, JAMES R. MILLER, individually and as trustee of the Miller Family Trust, and the MILLER FAMILY TRUST, on behalf of themselves, on behalf of the Classes, and on behalf of the general public,<br><br>      Plaintiffs,<br><br>  v.<br><br>Wells Fargo Bank, N.A., and Wells Fargo Insurance, Inc.,<br><br>      Defendants.<br>_____/ | NO. CIV. 2:12-420 WBS DAD<br><br>ORDER OF RECUSAL |

----oo0oo----

The undersigned hereby recuses himself as the judge to whom this case is assigned.

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases

1

1  to compensate for such reassignment.
2           Any dates previously set in this case are hereby
3  VACATED.
4  DATED: February 21, 2012

                   _____
                   WILLIAM B. SHUBB
                   UNITED STATES DISTRICT JUDGE