# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH PASSANTINO-MILLER, individually and as trustee of the Miller Family Trust, JAMES R. MILLER, individually and as trustee of the Miller Family Trust, and the MILLER FAMILY TRUST, on behalf of themselves, on behalf of the Classes, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>Wells Fargo Bank, N.A., and Wells Fargo Insurance, Inc.<br><br>Defendants. | Case No.: 2-12-cv-00420-GEB-DAD<br><br>[proposed] ORDER |

Pursuant to stipulation of the Parties, the hearing on Defendants' Motion to Dismiss First Amended (sic) Class Action Complaint; Motion To Strike (ECF No. 18) is hereby continued from May 14, 2012 to June 4, 2012. Plaintiffs shall file their opposition by May 14, 2012. Defendants shall file their reply by May 25, 2012.

IT IS SO ORDERED.

**Date: 4/26/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28