1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                  FOR THE EASTERN DISTRICT OF CALIFORNIA
8
9   ELIZABETH PASSANTINO-MILLER,       )
    individually and as trustee of    )      2:12-cv-00420-GEB-DAD
10  the Miller Family Trust; JAMES     )
    R. MILLER, individually and as     )
11  trustee of the Miller Family       )      STATUS (PRETRIAL SCHEDULING)
    Trust; and the MILLER FAMILY       )      ORDER
12  TRUST, on behalf of themselves,    )
    on behalf of the Classes, and on   )
13  behalf of the general public,      )
                                       )
14              Plaintiffs,            )
                                       )
15         v.                          )
                                       )
16  Wells Fargo Bank, N.A., and        )
    Wells Fargo Insurance, Inc.,       )
17                                     )
                Defendants.            )
18  _____   )

19           The  status  (pretrial  scheduling)  conference  scheduled  for

20  hearing on June 11, 2012, is vacated since the parties' Joint Status

21  Report filed on May 29, 2012 ("JSR") indicates the following Order

22  should issue.

23               MOTION FOR CLASS CERTIFICATION

24           The parties' proposed briefing schedule in the JSR on whether

25  this putative class action should be certified as a class action is

26  adopted as follows:  Plaintiffs' motion for class certification shall be

27  filed no later than March 11, 2013, which shall be scheduled for hearing

28  commencing at 9:00 a.m. on May 20, 2013; Defendants' opposition shall be

filed no later than April 15, 2013; and, Plaintiffs' reply shall be filed no later than May 6, 2013.

### SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

Plaintiffs state in the JSR that they "may seek to amend their complaint and/or join additional parties[, and that a]ny such motion will be filed within 60 days after the Court rules on Defendants' [pending] motion to dismiss [the First Amended Complaint]." (JSR 3:1-3.)

Plaintiffs have ninety (90) days from the date this order is filed within which to file the referenced motions seeking to join a party or amend their operative complaint. The referenced motions must be noticed for hearing on the Court's earliest available law and motion date.

Further, other than an amendment that could be authorized if all or part of the now pending dismissal motion is granted, no further service, joinder of parties, or amendments to pleadings is permitted, except with leave of Court for good cause shown.

### ADDED DEFENDANT'S OPPORTUNITY TO SEEK AMENDMENT OF THIS ORDER

If Plaintiffs join a party pursuant to the leave given above, a copy of this Order shall be served on that defendant concurrently with the service of process.

That defendant has 30 days after said service within which to file a "Notice of Proposed Modification of Status Order." Although a newly-joined party's proposed modification filed within this thirty day period will not have to meet the good cause standard, no further amendments will be permitted, except with leave of Court for good cause shown.

///

///

<u>DISCOVERY</u>

All discovery shall be completed by April 11, 2014. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate orders, if necessary, and, where discovery has been ordered, the order has been complied with or, alternatively, the time allowed for such compliance shall have expired.

Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before November 8, 2013, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before December 13, 2013.

<u>MOTION HEARING SCHEDULE</u>

The last hearing date for a motion is June 16, 2014, commencing at 9:00 a.m.[1] A motion shall be briefed as prescribed in Local Rule 230.

The parties are cautioned that an untimely motion characterized as a motion in limine may be summarily denied. A motion in limine addresses the admissibility of evidence.

<u>FINAL PRETRIAL CONFERENCE</u>

The final pretrial conference is set for August 4, 2014, at 1:30 p.m. The parties are cautioned that the lead attorney who WILL TRY THE CASE for each party shall attend the final pretrial conference. In

---

[1] This time deadline does not apply to motions for continuances, temporary restraining orders, emergency applications, or motions under Rule 16(e) of the Federal Rules of Civil Procedure.

addition, all persons representing themselves and appearing in propria persona must attend the pretrial conference.

The parties are warned that **non-trial worthy issues could be eliminated *sua sponte*** "[i]f the pretrial conference discloses that no material facts are in dispute and that the undisputed facts entitle one of the parties to judgment as a matter of law." <u>Portsmouth Square v. S'holders Protective Comm.</u>, 770 F.2d 866, 869 (9th Cir. 1985).

The parties shall file a **JOINT** pretrial statement no later than seven (7) calendar days prior to the final pretrial conference. The joint pretrial statement shall address the applicable portions of Local Rule 281(b), and shall set forth each theory of liability ("claim") and affirmative defense which remains to be tried, and the ultimate facts on which each theory/defense is based. Furthermore, each party shall estimate the length of trial.[2] The Court uses the parties' joint pretrial statement to prepare its final pretrial order and could issue the final pretrial order without holding the scheduled final pretrial conference. <u>See</u> <u>Mizwicki v. Helwig</u>, 196 F.3d 828, 833 (7th Cir. 1999)("There is no requirement that the court hold a pretrial conference.").

If feasible, at the time of filing the joint pretrial statement counsel shall also email it in a format compatible with WordPerfect to: geborders@caed.uscourts.gov.

///

///

///

///

_____

[2] If a trial by jury has been preserved, the joint pretrial statement shall also state how much time each party desires for voir dire, opening statements, and closing arguments.

4

<u>TRIAL SETTING</u>

Trial shall commence at 9:00 a.m. on November 4, 2014.

IT IS SO ORDERED.

Dated:  June 5, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge