MICHAEL J. STEINER (State Bar No. 112907)
mjs@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
PHILIP BARILOVITS (State Bar No. 199944)
pb@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:     (415) 398-3344
Facsimile:     (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A.,
WELLS FARGO INSURANCE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH PASSANTINO-MILLER, individually and as trustee of the Miller Family Trust, JAMES R. MILLER, individually and as trustee of the Miller Family Trust, and the MILLER FAMILY TRUST, on behalf of themselves, on behalf of the Classes, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO INSURANCE, INC.,<br><br>Defendants. | Case No.: 2-12-cv-00420-GEB-DAD<br><br>**JOINT STIPULATION TO TAKE DEFENDANTS' MOTION TO DISMISS OFF CALENDAR AND FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT; [PROPOSED] ORDER** |

07725.0146/2338680.1                                                                        2-12-cv-00420-GEB-DAD
Joint Stipulation To Take Defendants' Motion To Dismiss Off Calendar
And For Plaintiffs To File An Amended Complaint

Plaintiffs Elizabeth Passantino-Miller, James R. Miller and the Miller Family Trust, and Defendants Wells Fargo Bank, N.A., and Wells Fargo Insurance, Inc. (collectively, the "Parties"), file this Joint Stipulation to Take Defendants' Motion to Dismiss Off Calendar and for Plaintiffs to File an Amended Complaint, in the above-captioned matter, *Passantino-Miller v. Wells Fargo Bank, N.A., et al.*, Case No. 2-12-cv-00420-GEB-DAD (E.D. Cal.). Based on recent informal discovery shared between the parties,

IT IS HEREBY STIPULATED AND AGREED THAT:

1. Defendants' Motion to Dismiss, presently scheduled for hearing on September 10, 2012, before the Honorable Garland E. Burrell, Jr., shall be taken off the Court's calendar.

2. Plaintiffs shall file a Second Amended Complaint on or before September 30, 2012.

3. Defendants shall have 30 days to respond to Plaintiffs' Second Amended Complaint.

**SO STIPULATED AND AGREED TO:**

DATED: August 31, 2012         SEVERSON & WERSON
                               A Professional Corporation


                               By:    */s/ Phillip Barilovits*
                                         Philip Barilovits

                               Attorneys for Defendants
                               WELLS FARGO BANK, N.A., AND
                               WELLS FARGO INSURANCE, INC.

1  DATED: August 31, 2012          NICHOLS KASTER, LLP

                                   By:   /s/ Matthew C. Helland
                                         Matthew C. Helland

                                   Attorneys for Plaintiffs
                                   ELIZABETH PASSANTINO-MILLER, JAMES R.
                                   MILLER AND THE MILLER FAMILY TRUST

I, Philip Barilovits, am the ECF user whose identification and password are being used to file this Joint Stipulation. I hereby attest that Matthew C. Helland has concurred in this filing.

/s/ *Philip Barilovits*

### [PROPOSED] ORDER

Pursuant to the joint stipulation of the parties, the court orders as follows:

Defendants' Motion to Dismiss, presently scheduled for hearing on September 10, 2012, shall be taken off the Court's calendar. Plaintiffs shall file a Second Amended Complaint on or before September 30, 2012. Defendants shall have 30 days to respond to Plaintiffs' Second Amended Complaint.

**Date: 8/31/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge