Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Paul J. Lukas, MN State Bar No. 22084X
(admitted *pro hac vice*)
lukas@nka.com
Kai H. Richter, MN State Bar No. 0296545
(admitted *pro hac vice*)
krichter@nka.com
Adam Hansen, CA State Bar No. 264241
ahansen@nka.com
NICHOLS KASTER, PLLP
4600 IDS Center, 80 South Eight St.
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Attorneys for Plaintiffs and the Proposed Classes
Additional Counsel on Following Page

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH PASSANTINO-MILLER, individually and as trustee of the Miller Family Trust, JAMES R. MILLER, individually and as trustee of the Miller Family Trust, and the MILLER FAMILY TRUST, on behalf of themselves, on behalf of the Classes, and on behalf of the general public,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>                    Defendant. | Case No.: 2-12-cv-00420-GEB-DAD<br><br>**JOINT STIPULATION TO EXTEND CLASS CERTIFICATION DEADLINE; AND [PROPOSED] ORDER** |

MICHAEL J. STEINER (State Bar No. 112907)
mjs@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
MICHAEL G. CROSS (State Bar No. 268999)
mgc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:     (415) 398-3344
Facsimile:      (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

1   Subject to the approval of the Court, Plaintiffs Elizabeth Passantino-Miller, James R.
2   Miller and the Miller Family Trust ("Plaintiffs"), and Defendants Wells Fargo Bank, N.A. ("Wells
3   Fargo") (collectively, the "Parties"), file this Joint Stipulation To Extend the Class Certification
4   Deadline in the above-captioned matter.
5       WHEREAS, on June 5, 2012, the Court entered a Pretrial Scheduling Order (ECF No. 27)
6   in this matter; and
7       WHEREAS, on April 16, 2012, Wells Fargo filed a Motion to Dismiss Plaintiffs'
8   Complaint; and
9       WHEREAS, on May 3, 2012, Plaintiffs filed a First Amended Complaint in response to
10  Wells Fargo's Motion to Dismiss; and
11      WHEREAS, Wells Fargo filed a Motion to Dismiss Plaintiffs' First Amended Complaint,
12  which was originally scheduled to be heard on August 13, 2012; and
13      WHEREAS, on August 9, 2012, the Court rescheduled the hearing on Wells Fargo's
14  Motion to Dismiss Plaintiffs' First Amended Complaint for September 10, 2012; and
15      WHEREAS, on August 31, 2012, the Parties filed a stipulation requesting that the Court
16  take Wells Fargo's motion off the calendar and allow Plaintiffs to file a Second Amended
17  Complaint, based on informal discovery shared between the parties (ECF No. 36); and
18      WHEREAS, by order dated August 31, 2012 (ECF No. 37), the Court vacated the hearing
19  on Wells Fargo's Motion to Dismiss the First Amended Complaint and permitted Plaintiffs to file
20  a Second Amended Complaint; and
21      WHEREAS, on October 30, 2012, Wells Fargo filed a Motion to Dismiss Plaintiffs'
22  Second Amended Complaint and noticed the hearing on that motion for December 17, 2012; and
23      WHEREAS, by order dated January 3, 2013, the Court granted in part and denied in part
24  Wells Fargo's Motion to Dismiss, and granted Plaintiffs leave to amend their complaint to cure the
25  deficiencies in the dismissed claims (ECF No. 47); and
26      WHEREAS, on January 16, 2013, Plaintiffs filed an Unopposed Motion For Leave to File
27  a Third Amended Complaint to Add American Security Insurance Company as a Defendant (ECF
28

1  No. 48); and

2  WHEREAS, the Parties have been engaged in lengthy and in-depth meet and confer
3  discussions on Wells Fargo's responses to Plaintiffs' discovery requests; and

4  WHEREAS, in October 2012, the parties were on the verge of bringing their discovery
5  dispute to the Court for intervention, but were able to avoid doing so through additional meet and
6  confer efforts; and

7  WHEREAS, Wells Fargo has been working to produce a substantial number of documents
8  as a result of the Parties' meet and confer efforts, and anticipates that it will begin producing such
9  documents on a rolling basis in the very near future; and

10 WHEREAS, the Parties believe they do not have enough time to complete the necessary
11 discovery (including document production and depositions) in time for Plaintiffs to file their class
12 certification motion by the current deadline, which is March 11, 2013; and

13 WHEREAS, Discovery is currently set to close on April 11, 2014; and

14 WHEREAS, the Parties believe they will still have enough time to complete discovery by
15 the current deadline, even if the class certification deadline is moved; and

16 WHEREAS, the Parties have not previously requested a modification of the Pretrial
17 Scheduling Order, and have not previously requested an extension of the class certification
18 deadlines, but have requested the following extensions in this case:

19 - Stipulated extension of time for Plaintiffs to respond to Defendant's initial Motion
20   to Dismiss and continuance of the hearing on that motion (ECF Nos. 20, 21)
21 - Stipulated extension of time for Defendant to respond to Plaintiffs' First Amended
22   Complaint (ECF No. 24)
23 - Stipulation removing Motion to Dismiss First Amended Complaint from calendar,
24   granting Plaintiff leave to file Second Amended Complaint, and granting Defendant
25   30 days to respond to Plaintiffs' Second Amended Complaint (ECF Nos. 36, 37)

26 THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE
27 APPROVAL OF THE COURT, AS FOLLOWS:

28

1. Plaintiffs may have an additional 112 days to file their motion for class certification[1]; and,

2. This extension would result in the following deadlines:

**<u>July 1, 2013:</u>** Deadline for Plaintiffs to file their Motion for Class Certification

**<u>August 5, 2013:</u>** Deadline for Wells Fargo to file its Response in Opposition to Plaintiffs' Motion for Class Certification

**<u>August 26, 2013:</u>** Deadline for Plaintiffs to file their Reply in Support of their Motion for Class Certification

**<u>September 9, 2013, 9:00 a.m.:</u>** Hearing on Plaintiffs' Motion for Class Certification

**SO STIPULATED AND AGREED TO:**

DATED:  February 8, 2013          SEVERSON & WERSON
                                  A Professional Corporation


                                  By:     *s/ Michael G. Cross*
                                              Michael G. Cross

                                  Attorneys for Defendants
                                  WELLS FARGO BANK, N.A.


DATED:  February 8, 2013          NICHOLS KASTER, LLP


                                  By:     *s/ Matthew C. Helland*
                                              Matthew C. Helland


                                  Attorneys for Plaintiffs
                                  ELIZABETH PASSANTINO-MILLER, JAMES R.
                                  MILLER AND THE MILLER FAMILY TRUST

---

[1] The Parties initially discussed requesting a 90 day extension.  However, defense counsel was unavailable for the late August hearing dates.

**[PROPOSED] ORDER**

Pursuant to the joint stipulation of the parties, the court orders as follows:

The deadlines regarding Class Certification in the Pretrial Scheduling Order in this matter are modified as follows:

**July 1, 2013:** Deadline for Plaintiffs to file their Motion for Class Certification

**August 5, 2013:** Deadline for Wells Fargo to file its Response in Opposition to Plaintiffs' Motion for Class Certification

**August 26, 2013:** Deadline for Plaintiffs to file their Reply in Support of their Motion for Class Certification

**September 9, 2013, 9:00 a.m.:** Hearing on Plaintiffs' Motion for Class Certification

All other deadlines in the Pretrial Scheduling Order remain the same.

**IT IS SO ORDERED.**

**Date: 2/11/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge