Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Paul J. Lukas, MN State Bar No. 22084X
(admitted *pro hac vice*)
lukas@nka.com
Kai H. Richter, MN State Bar No. 0296545
(admitted *pro hac vice*)
krichter@nka.com
Adam Hansen, CA State Bar No. 264241
ahansen@nka.com
NICHOLS KASTER, PLLP
4600 IDS Center, 80 South Eight St.
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Attorneys for Plaintiffs and the Proposed Classes
Additional Counsel on Following Page

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| ELIZABETH PASSANTINO-MILLER, individually and as trustee of the Miller Family Trust, JAMES R. MILLER, individually and as trustee of the Miller Family Trust, and the MILLER FAMILY TRUST, on behalf of themselves, on behalf of the Classes, and on behalf of the general public,<br><br>        Plaintiffs,<br><br>      vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No.: 2-12-cv-00420-GEB-DAD<br><br>**JOINT STIPULATION TO EXTEND CLASS CERTIFICATION DEADLINE; AND [PROPOSED] ORDER** |

MICHAEL J. STEINER (State Bar No. 112907)
mjs@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
MICHAEL G. CROSS (State Bar No. 268999)
mgc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:      (415) 398-3344
Facsimile:      (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2-12-cv-00420-GEB-DAD
Joint Stipulation To Extend Class Certification Deadline

1    Subject to the approval of the Court, Plaintiffs Elizabeth Passantino-Miller, James R.

2  Miller and the Miller Family Trust ("Plaintiffs"), and Defendants Wells Fargo Bank, N.A. ("Wells

3  Fargo") (collectively, the "Parties"), file this Joint Stipulation To Extend the Class Certification

4  Deadline in the above-captioned matter.

5    WHEREAS, on June 5, 2012, the Court entered a Pretrial Scheduling Order (ECF No. 27)

6  in this matter; and

7    WHEREAS, on April 16, 2012, Wells Fargo filed a Motion to Dismiss Plaintiffs'

8  Complaint; and

9    WHEREAS, on May 3, 2012, Plaintiffs filed a First Amended Complaint in response to

10  Wells Fargo's Motion to Dismiss; and

11    WHEREAS, Wells Fargo filed a Motion to Dismiss Plaintiffs' First Amended Complaint,

12  which was originally scheduled to be heard on August 13, 2012; and

13    WHEREAS, on August 9, 2012, the Court rescheduled the hearing on Wells Fargo's

14  Motion to Dismiss Plaintiffs' First Amended Complaint for September 10, 2012; and

15    WHEREAS, on August 31, 2012, the Parties filed a stipulation requesting that the Court

16  take Wells Fargo's motion off the calendar and allow Plaintiffs to file a Second Amended

17  Complaint, based on informal discovery shared between the parties (ECF No. 36); and

18    WHEREAS, by order dated August 31, 2012 (ECF No. 37), the Court vacated the hearing

19  on Wells Fargo's Motion to Dismiss the First Amended Complaint and permitted Plaintiffs to file

20  a Second Amended Complaint; and

21    WHEREAS, on October 30, 2012, Wells Fargo filed a Motion to Dismiss Plaintiffs'

22  Second Amended Complaint and noticed the hearing on that motion for December 17, 2012; and

23    WHEREAS, by order dated January 3, 2013, the Court granted in part and denied in part

24  Wells Fargo's Motion to Dismiss, and granted Plaintiffs leave to amend their complaint to cure the

25  deficiencies in the dismissed claims (ECF No. 47); and

26    WHEREAS, on January 16, 2013, Plaintiffs filed an Unopposed Motion For Leave to File

27  a Third Amended Complaint to Add American Security Insurance Company as a Defendant (ECF

28

1    No. 48); and

2         WHEREAS, the Parties have been engaged in lengthy and in-depth meet and confer

3    discussions on Wells Fargo's responses to Plaintiffs' discovery requests; and

4         WHEREAS, in October 2012, the parties were on the verge of bringing their discovery

5    dispute to the Court for intervention, but were able to avoid doing so through additional meet and

6    confer efforts; and

7         WHEREAS, Wells Fargo has been working to produce a substantial number of documents

8    as a result of the Parties' meet and confer efforts, and anticipates that it will begin producing such

9    documents on a rolling basis in the very near future; and

10        WHEREAS, the Parties believe they do not have enough time to complete the necessary

11   discovery (including document production and depositions) in time for Plaintiffs to file their class

12   certification motion by the current deadline, which is March 11, 2013; and

13        WHEREAS, Discovery is currently set to close on April 11, 2014; and

14        WHEREAS, the Parties believe they will still have enough time to complete discovery by

15   the current deadline, even if the class certification deadline is moved; and

16        WHEREAS, the Parties have not previously requested a modification of the Pretrial

17   Scheduling Order, and have not previously requested an extension of the class certification

18   deadlines, but have requested the following extensions in this case:

19        • Stipulated extension of time for Plaintiffs to respond to Defendant's initial Motion

20          to Dismiss and continuance of the hearing on that motion (ECF Nos. 20, 21)

21        • Stipulated extension of time for Defendant to respond to Plaintiffs' First Amended

22          Complaint (ECF No. 24)

23        • Stipulation removing Motion to Dismiss First Amended Complaint from calendar,

24          granting Plaintiff leave to file Second Amended Complaint, and granting Defendant

25          30 days to respond to Plaintiffs' Second Amended Complaint (ECF Nos. 36, 37)

26        THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE

27   APPROVAL OF THE COURT, AS FOLLOWS:

28

1        1.      Plaintiffs may have an additional 112 days to file their motion for class

2  certification[1]; and,

3        2.      This extension would result in the following deadlines:

4  **July 1, 2013:**         Deadline for Plaintiffs to file their Motion for Class Certification

5  **August 5, 2013:**      Deadline for Wells Fargo to file its Response in Opposition to Plaintiffs'

6                 Motion for Class Certification

7  **August 26, 2013:**    Deadline for Plaintiffs to file their Reply in Support of their Motion for

8                 Class Certification

9  **September 9, 2013, 9:00 a.m.:**     Hearing on Plaintiffs' Motion for Class Certification

10

11      **SO STIPULATED AND AGREED TO:**

12

13  DATED:  February 8, 2013         SEVERSON & WERSON
                             A Professional Corporation

14

15

16                       By:      *s/ Michael G. Cross*
                                 Michael G. Cross

17

18                       Attorneys for Defendants
                       WELLS FARGO BANK, N.A.

19

20  DATED:  February 8, 2013         NICHOLS KASTER, LLP

21

22                       By:      *s/ Matthew C. Helland*
                                Matthew C. Helland

23

24                       Attorneys for Plaintiffs

25                       ELIZABETH PASSANTINO-MILLER, JAMES R.
                       MILLER AND THE MILLER FAMILY TRUST

26

27  ———————————————

28  [1] The Parties initially discussed requesting a 90 day extension.  However, defense counsel was unavailable for the late August hearing dates.

**[PROPOSED] ORDER**

Pursuant to the joint stipulation of the parties, the court orders as follows:

The deadlines regarding Class Certification in the Pretrial Scheduling Order in this matter are modified as follows:

**July 1, 2013:**        Deadline for Plaintiffs to file their Motion for Class Certification

**August 5, 2013:**       Deadline for Wells Fargo to file its Response in Opposition to Plaintiffs'
Motion for Class Certification

**August 26, 2013:**      Deadline for Plaintiffs to file their Reply in Support of their Motion for
Class Certification

**September 9, 2013, 9:00 a.m.:**      Hearing on Plaintiffs' Motion for Class Certification


All other deadlines in the Pretrial Scheduling Order remain the same.

**IT IS SO ORDERED.**

**Date:  2/11/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge