IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH PASSANTINO-MILLER, individually and as trustee of the Miller Family Trust, JAMES R. MILLER, individually and as trustee of the Miller Family Trust, and the MILLER FAMILY TRUST, on behalf of themselves, on behalf of the Classes, and on behalf of the general public,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant.<br>_____ | 2:12-cv-00420-GEB-DAD<br><br><u>ORDER GRANTING LEAVE TO AMEND</u> |

        Plaintiffs move for an order granting leave to file the Third Amended Complaint ("TAC"), which is attached to their motion, and through which Plaintiffs seek to add American Security Insurance Company as a defendant. The motion is made under Federal Rule of Civil Procedure "Rule" 15(a)(2). Defendant filed a statement of non-opposition.

        Rule 15(a)(2) prescribes that "[t]he court should freely give leave when justice so requires." <u>Id.</u> "'This policy is to be applied with extreme liberality.'" <u>C.F. ex rel. Farnan v. Capistrano Unified Sch. Dist.</u>, 654 F.3d 975, 985 (9th Cir. 2011) (quoting <u>Eminence Capital, LLC v. Aspeon, Inc.</u>, 316 F.3d 1048, 1051 (9th Cir 2003)). "This liberality

in granting leave to amend is not dependent on whether the amendment will add causes of action or parties." DCD Programs, Ltd. v. Leighton, 833 F.2d 183, 186 (9th Cir. 1987). However, "the liberality in granting leave to amend is subject to several limitations. Leave need not be granted where the amendment of the complaint would cause the opposing party undue prejudice, is sought in bad faith, constitutes an exercise in futility, or creates undue delay." Ascon Props., Inc. v. Mobil Oil Co., 866 F.2d 1149, 1160 (9th Cir. 1989) (citations omitted) (citing Leighton, 833 F.2d at 186; Foman v. Davis, 371 U.S. 178, 182 (1962)). Here, where there is no contention of undue prejudice, bad faith, futility, or undue delay, leave to amend should be granted.

For the stated reasons, Plaintiffs' motion to amend the complaint (ECF No. 48) is GRANTED. Plaintiffs shall file the Third Amended Complaint which is attached to Plaintiff's motion within ten (10) days from the date on which this Order is filed.

Dated:  March 28, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge