1  MICHAEL J. STEINER (State Bar No. 112907)
   mjs@severson.com
2  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
3  MICHAEL G. CROSS (State Bar No. 268999)
   mgc@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
6  Telephone:     (415) 398-3344
   Facsimile:      (415) 956-0439
7
   Attorneys for Defendant
8  WELLS FARGO BANK, N.A.

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

| ELIZABETH PASSANTINO-MILLER, individually and as trustee of the Miller Family Trust, JAMES R. MILLER, individually and as trustee of the Miller Family Trust, and the MILLER FAMILY TRUST, on behalf of themselves, on behalf of the Classes, and on behalf of the general public, | Case No.: 2-12-cv-00420-TLN-DAD |
|---|---|
| Plaintiffs, | **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A., TO FILE A RESPONSE TO PLAINTIFFS' THIRD AMENDED COMPLAINT; ORDER** |
| v. | |
| Wells Fargo Bank, N.A., and American Security Insurance Company, | |
| Defendants. | |

Plaintiffs Elizabeth Passantino-Miller, James R. Miller, and the Miller Family Trust ("Plaintiffs"), and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), file this Joint Stipulation To Extend Time For Defendant Wells Fargo Bank, N.A., To File A Response To Plaintiffs' Third Amended Complaint, in the above-captioned matter, *Passantino-Miller v. Wells Fargo Bank, N.A., et al.*, Case No. 2-12-cv-00420-TLN-DAD (E.D. Cal.).

IT IS HEREBY STIPULATED AND AGREED THAT:

- The time for Wells Fargo to respond to Plaintiffs' Third Amended Complaint shall be extended by 14 days.  Wells Fargo shall file a responsive pleading on or before May 6, 2013.

**SO STIPULATED AND AGREED.**

DATED:  April 16, 2013

SEVERSON & WERSON
A Professional Corporation

By: /s/ *Michael G. Cross*
         Michael G. Cross

Attorneys for Defendants
WELLS FARGO BANK, N.A.

DATED:  April 16, 2013

NICHOLS KASTER, LLP

By: /s/ *Matthew C. Helland*
         Matthew C. Helland

Attorneys for Plaintiffs
ELIZABETH PASSANTINO-MILLER, JAMES R. MILLER, AND THE MILLER FAMILY TRUST

I, Michael G. Cross, am the ECF user whose identification and password are being used to file this Joint Stipulation.  I hereby attest that Matthew C. Helland has concurred in this filing.

/s/ *Michael G. Cross*

# ORDER

Pursuant to the joint stipulation of the parties, the Court orders as follows:

- The time for Wells Fargo to respond to Plaintiffs' Third Amended Complaint shall be extended by 14 days.  Wells Fargo shall file a responsive pleading on or before May 6, 2013.

**IT IS SO ORDERED.**

Dated: April 19, 2013

*/s/ Troy L. Nunley*
Troy L. Nunley
United States District Judge