MICHAEL J. STEINER (State Bar No. 112907)
mjs@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
MICHAEL G. CROSS (State Bar No. 268999)
mgc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:     (415) 398-3344
Facsimile:      (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH PASSANTINO-MILLER, individually and as trustee of the Miller Family Trust, JAMES R. MILLER, individually and as trustee of the Miller Family Trust, and the MILLER FAMILY TRUST, on behalf of themselves, on behalf of the Classes, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>Wells Fargo Bank, N.A., and American Security Insurance Company,<br><br>Defendants. | Case No.: 2-12-cv-00420-TLN-DAD<br><br>**JOINT STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A., TO FILE A RESPONSE TO PLAINTIFFS' THIRD AMENDED COMPLAINT; ORDER** |

Whereas, Plaintiffs Elizabeth Passantino-Miller, James R. Miller, and the Miller Family Trust ("Plaintiffs"), and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), are working to complete a settlement of this case that would result in dismissal, Plaintiffs and Wells Fargo file this Joint Stipulation To Further Extend Time For Defendant Wells Fargo Bank, N.A., To File A

Response To Plaintiffs' Third Amended Complaint, in the above-captioned matter, *Passantino-Miller v. Wells Fargo Bank, N.A., et al.*, Case No. 2-12-cv-00420-TLN-DAD (E.D. Cal.).

IT IS HEREBY STIPULATED AND AGREED THAT:

- The time for Wells Fargo to respond to Plaintiffs' Third Amended Complaint shall be extended by 14 days. Wells Fargo shall file a responsive pleading on or before May 20, 2013.

**SO STIPULATED AND AGREED.**

DATED: May 6, 2013                SEVERSON & WERSON
                                  A Professional Corporation


                                  By:    /s/ *Michael G. Cross*
                                         Michael G. Cross

                                  Attorneys for Defendants
                                  WELLS FARGO BANK, N.A.


DATED: May 6, 2013                NICHOLS KASTER, LLP


                                  By:    /s/ *Matthew C. Helland*
                                         Matthew C. Helland

                                  Attorneys for Plaintiffs
                                  ELIZABETH PASSANTINO-MILLER, JAMES R. MILLER, AND THE MILLER FAMILY TRUST

I, Michael G. Cross, am the ECF user whose identification and password are being used to file this Joint Stipulation. I hereby attest that Matthew C. Helland has concurred in this filing.

/s/ *Michael G. Cross*

**ORDER**

Pursuant to the joint stipulation of the parties, the Court orders as follows:

- The time for Wells Fargo to respond to Plaintiffs' Third Amended Complaint shall be extended by 14 days. Wells Fargo shall file a responsive pleading on or before May 20, 2013.

**IT IS SO ORDERED.**

Dated: May 14, 2013

_____
Troy L. Nunley
United States District Judge