MICHAEL J. STEINER (State Bar No. 112907)
mjs@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
MICHAEL G. CROSS (State Bar No. 268999)
mgc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:     (415) 398-3344
Facsimile:      (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH PASSANTINO-MILLER, individually and as trustee of the Miller Family Trust, JAMES R. MILLER, individually and as trustee of the Miller Family Trust, and the MILLER FAMILY TRUST, on behalf of themselves, on behalf of the Classes, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>Wells Fargo Bank, N.A., and American Security Insurance Company,<br><br>Defendants. | Case No. 2:12-cv-00420-TLN-DAD<br><br>**JOINT STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A., TO FILE A RESPONSE TO PLAINTIFFS' THIRD AMENDED COMPLAINT; ORDER** |

Whereas, Plaintiffs Elizabeth Passantino-Miller, James R. Miller, and the Miller Family Trust ("Plaintiffs"), and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), are continuing to work to complete a settlement of this case that would result in dismissal, Plaintiffs and Wells Fargo file this Joint Stipulation To Further Extend Time For Defendant Wells Fargo Bank, N.A.,

1  To File A Response To Plaintiffs' Third Amended Complaint, in the above-captioned matter,

2  *Passantino-Miller v. Wells Fargo Bank, N.A., et al.*, Case No. 2:12-cv-00420-TLN-DAD (E.D.

3  Cal.).

4      IT IS HEREBY STIPULATED AND AGREED THAT:

5  • The time for Wells Fargo to respond to Plaintiffs' Third Amended Complaint shall

6  be extended by 14 days.  Wells Fargo shall file a responsive pleading on or before

7  June 3, 2013.

8  **SO STIPULATED AND AGREED.**

10  DATED:  May 20, 2013       SEVERSON & WERSON

11       A Professional Corporation

13       By:    /s/ *Michael G. Cross*

          Michael G. Cross

15  Attorneys for Defendants
     WELLS FARGO BANK, N.A.

17  DATED:  May 20, 2013       NICHOLS KASTER, LLP

19       By:    /s/ *Matthew C. Helland*

20            Matthew C. Helland

21  Attorneys for Plaintiffs
     ELIZABETH PASSANTINO-MILLER, JAMES R.
     MILLER, AND THE MILLER FAMILY TRUST

24  I, Michael G. Cross, am the ECF user whose identification and password are being used to file this

25  Joint Stipulation.  I hereby attest that Matthew C. Helland has concurred in this filing.

26  /s/ *Michael G. Cross*

**ORDER**

Pursuant to the joint stipulation of the parties, the Court orders as follows:

- The time for Wells Fargo to respond to Plaintiffs' Third Amended Complaint shall be extended by 14 days. Wells Fargo shall file a responsive pleading on or before June 3, 2013.

**IT IS SO ORDERED.**

Dated: May 20, 2013

_____
Troy L. Nunley
United States District Judge