MICHAEL J. STEINER (State Bar No. 112907)
mjs@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
PHILIP BARILOVITS (State Bar No. 199944)
pb@severson.com
MICHAEL G. CROSS (State Bar No. 268999)
mgc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:   (415) 398-3344
Facsimile:   (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH PASSANTINO-MILLER, individually and as trustee of the Miller Family Trust, JAMES R. MILLER, individually and as trustee of the Miller Family Trust, and the MILLER FAMILY TRUST, on behalf of themselves, on behalf of the Classes, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., and AMERICAN SECURITY INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2-12-cv-00420-TLN-DAD<br><br>**JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE, WITH COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT; ORDER** |

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and plaintiffs Elizabeth Passantino-Miller, James R. Miller, and the Miller Family Trust ("Plaintiffs"), having resolved and settled their dispute in the above-captioned matter pursuant to Rule 41(a) of the Federal Rule of Civil Procedure, hereby stipulate and request the Court enter an order as follows:

1. Plaintiffs' complaint as against Wells Fargo in the above-captioned action shall be dismissed with prejudice;
2. Following dismissal of this action, the Court shall retain jurisdiction to enforce the terms of the confidential Settlement Agreement.

**IT IS SO STIPULATED**.

DATED:  June 3, 2013                    SEVERSON & WERSON
                                        A Professional Corporation


                                        By:      */s/ Michael G. Cross*
                                                    Michael G. Cross

                                        Attorneys for Defendant
                                        WELLS FARGO BANK, N.A.


DATED:  June 3, 2013                    NICHOLS KASTER, LLP


                                        By:      */s/ Matthew C. Helland*
                                                    Matthew C. Helland

                                        Attorneys for Plaintiffs
                                        ELIZABETH PASSANTINO-MILLER,
                                        JAMES R. MILLER, AND THE MILLER
                                        FAMILY TRUST

I, Michael G. Cross, am the ECF user whose identification and password are being used to file this Joint Stipulation.  I hereby attest that Matthew C. Helland has concurred in this filing.

*/s/ Michael G. Cross*                        -1-

**ORDER**

After considering the foregoing Stipulation of the parties, and good cause appearing therefor, **IT IS HEREBY ORDERED** that Plaintiffs' complaint against Wells Fargo Bank, N.A., is dismissed, with prejudice.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction to enforce the terms of the parties' confidential Settlement Agreement.

**IT IS SO ORDERED.**

DATED: June 3, 2013

_____
Troy L. Nunley
United States District Judge